UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY BAILEY,<br><br>  Plaintiff,<br><br>  v.<br><br>NDOC et al.,<br><br>  Defendants. | Case No. 2:19-cv-00057-GMN-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion for an Extension of Time to File Dispositive Motions (First Request). ECF No. 23. Counsel for Defendants explains an extraordinary recent caseload that interferes with the current dispositive motion deadline. *Id*. at 3. The request for an additional thirty days to file a dispositive motion is reasonable under the circumstances. No prejudice will arise to Plaintiff, who is also entitled to this additional thirty day time period.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for an Extension of Time to File Dispositive Motions (ECF No. 23) is GRANTED.

IT IS FURTHER ORDERED that the parties shall have through and including April 5, 2021 to file dispositive motions in the above captioned matter.

Dated this 2nd day of February, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1